Cite as 2026 Ark. 114
# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE AMENDMENT TO RULE VI OF THE RULES GOVERNING ADMISSION TO THE BAR | **Opinion Delivered:** June 11, 2026 |

**PER CURIAM**

Today, the court amends Rule VI of the Rules Governing Admission to the Bar to clarify who is authorized to administer attorney oaths. The amendment is effective immediately and is set out in "line-in, line-out" fashion below (new material is underlined; deleted material is lined through).

**Rule VI. Duties of the Applicant**

A. The applicant shall execute the petition and take the oath before some officer authorized by ~~law~~ this rule to administer official oaths ~~(a notary public cannot do so),~~ and ~~return~~ file the petition ~~to~~ with the Clerk of the Supreme Court, together with such fees or dues as provided by law or Order of the Court. Each applicant for admission to the Bar is required to answer under oath a questionnaire on forms prescribed by the Board. Should any answer be false in a material respect, the application will be rejected if the fact is ascertained before enrollment; but if enrolled, such attorney is subject to disbarment.

B. The following officers are authorized to administer an attorney's oath:

(1) The Secretary of State or his or her official designee;

(2) A current or former justice or judge of:

(i) The Arkansas Supreme Court;

(ii) The Arkansas Court of Appeals;

(iii) A circuit court;

(iv) A district court;

(v) A county court; or

(vi) Any state, U.S. territory, or the District of Columbia;

(3) A current or former federal justice or judge of the:

(i) United States Supreme Court;

(ii) United States Court of Appeals; or

(iii) United States District Court;

(4) The clerk of the county court;

(5) The clerk of the circuit court;

(6) A justice of the peace;

(7) A clerk of a city of the first class;

(8) A recorder of a city of the second class or incorporated town; or

(9) The Clerk of the Arkansas Supreme Court and his or her deputies.

WEBB, J., not participating.